RECEIVED

JUN - 9 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEJANDRO JAIMEZ TAMAYO, Plaintiff | CIVIL ACTION NO. 1:17-CV-0491-P |
| VERSUS | CHIEF JUDGE DRELL |
| BARBARA LYNN, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Tamayo's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 9th day of June, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT